**No. 61262.**—D. Hauser, Inc. *v.* United States, protest 300698–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of cat criers similar in all material respects to those the subject of Abstract 37663, except that the merchandise herein is in chief value of paper and not composed of mineral or earthy substances, the claim of the plaintiff was sustained.

**No. 61263.**—Samuel Shapiro & Co., Inc. *v.* United States, protest 242920–K (Baltimore).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of baskets in chief value of rush; that they are similar in material and use to baskets of straw; and that they would now be returned as such, the claim of the plaintiff was sustained.

**No. 61264.**—W. J. Bush Co., Inc., et al. *v.* United States, protests 305390–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of Abstract 60507, the claim of the plaintiffs was sustained.